IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
SEP 2 6 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| HOWARD PAUL GUIDRY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. H-01-CV-4140 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Correctional Institutions Division, Texas | § | |
| Department of Criminal Justice, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order of even date, Petitioner Howard Paul Guidry's Petition for Writ of Habeas Corpus is provisionally **GRANTED** with respect to his claims involving his confession and the hearsay testimony given at trial. Respondent Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, shall release Petitioner Howard Paul Guidry from custody unless within 180 days the State of Texas conducts a new trial which suppresses these statements which this Court has found to be constitutionally defective in accordance with the findings of the Court's Order. With the exception of the aforementioned issues, Petitioner Howard Paul Guidry's Petition for Writ of Habeas Corpus is **DENIED**. This Court **DENIES** a Certificate of Appealability.

This is a final judgment.

Signed at Houston, Texas, on September 25, 2003.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE